FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LEE EVERETT CLARK AND CLAUDIA SMITH,
AS CONSERVATOR OF LEE EVERETT CLARK                               PLAINTIFFS

V.                                                    CIVIL ACTION NO. 4:08-CV-83-DPJ-JCS

LAUDERDALE COUNTY a/k/a LAUDERDALE
COUNTY SHERIFF'S DEPARTMENT a/k/a
LAUDERDALE COUNTY DETENTION FACILITY,
LAUDERDALE COUNTY BOARD OF SUPERVISORS,
WILLIE D. SOLLIE, IN HIS OFFICIAL CAPACITY,
THOMAS VANN, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY, AND BRIAN McCRAY,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY                         DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on the request <u>ore</u> <u>tenus</u> of the Plaintiffs that the action be dismissed with prejudice and final judgment entered. Being advised and finding that all claims against the Defendants have been resolved through compromise settlement, the Court finds this action should be dismissed. It is therefore

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with prejudice. Each party shall bear his/its own costs.

**SO ORDERED AND ADJUDGED** this the 1st day of September, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE


**AGREED**:

/s/W. Andrew Neely
W. Andrew Neely (MSB #102168)
Attorney for Plaintiffs


/s/Lee Thaggard
Lee Thaggard (MSB #9442)
Attorney for Defendants